RECEIVED
U S PROBATION OFFICE
RALEIGH, NC
06 JAN 11 PM 12:58

PROB 35                                                              Report and Order Terminating Supervision
(Rev 3/93)                                           Prior to Original Expiration Date

FILED
JAN 11 2006

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                        Crim. No. 5:88-CR-40-2BO

ALICE BIGGS WILLIAMS

On July 5, 2002, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                      Respectfully submitted,

Bonnie J. Medlin                                                 Erica W. Foy
Senior U.S. Probation Officer                            U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____8_____ day of _____January_____, 2006.

Terrence W. Boyle
U.S. District Judge