# CRIMINAL DOCKET - U.S. District Court

**AO 256 (Rev. 2/86)**

PO ☐ 417 5 Assigned 1708 Disp./Sentence
Misd. ☐
Felony ☒ District Off Judge/Magistr.

☐ WRIT ☐ JUVENILE ☐ ALIAS
U.S. VS. **WILLIAMS, ALICE BIGGS**
(LAST, FIRST, MIDDLE) 89-5052 D. Daniel

OFFENSE ON INDEX CARD ▶ Stolen Credit Union Money

Case Filed: 07/19/88
Docket No.: 90-470-CIV-5 / 000040 02
No. of Def's: 5

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18§2113(a),(d) & 2 | Bank robbery and assault by use of a dangerous weapon — Count 1 | 1 |
| 18§924(c)(1) & 2 | Possession or use of firearm during crime of violence — Count 2 | 1 |
| 18§2113(c) | Receipt, possession, concealment storage and disposal of Credit Union Money — Count 3 | 1 |
| 18§371 | Conspiracy to receive, possess, conceal, store and dispose of stolen Credit Union Money — Count 4 | 1 |

90-470-CIV-5
NA 9-21-90
4CCA# 90-6141
S Taylor

Amy Church
NA -3-4-92
4CCA# 92-6279

## II. KEY DATE

INTERVAL ONE — EARLIEST OF — KEY DATE
- arrest
- sum'ns
- custody
- appears—on complaint

KEY DATE 07-19-88 APPLICABLE
- ☒ Indictment filed/unsealed
- ☐ consent to Magr. trial on complaint
- ☐ Information
- ☐ Felony-W/waiver

KEY DATE 7-28-88
a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg: ☐ Indt ☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE 11-23-88 APPLICABLE
- ☐ Dismissal
- Pled ☐ guilty ☐ After N.G.
- ☒ Nolo ☐ After nolo
- ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 11-23-88 | SENTENCE DATE 2-17-89 | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP

## III. MAGISTRATE

Search Warrant: Issued / Return
Summons: Issued / Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest
OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION or REMOVAL HEARING
Date Scheduled ▶
Date Held ▶
☐ WAIVED  ☐ NOT WAIVED
☐ INTERVENING INDICTMENT
Tape Number

OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

RULE: 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

Show last names and suffix numbers of other defendants on same indictment/information:

C. HUBBARD, HUBBARD, PORTER, JILES

**ATTORNEYS**
U.S. Attorney or Asst.: R. Daniel Boyce

Defense: 1 ☒ CJA  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

Federal Custody
526 Moseley Lane
Ral, NC 27601
828-3146

John McClain, Jr.
P. O. Box 527
Raleigh, NC 27602
828-5952

### BAIL • RELEASE

**PRE-INDICTMENT**
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
☐ Fugitive ☐ Pers. Rec. ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

**POST-INDICTMENT**
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
☐ Fugitive ☐ Pers. Rec. ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

70 days: 10/6/88 (w/o mot)        PTD: 9-19-88  11-7-88 EC

FINE AND RESTITUTION PAYMENTS — Docket Entries Begin On Reverse Side
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO | Yr | Docket No. | Def | ☐ MASTER DOCKET - MULTIPLE DEFENDANT CASE  PAGE ☐ OF ☐<br>☐ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days | LETTER CODES |
|---|---|---|---|---|---|---|---|---|
| | | | | (OPTIONAL) Show last names of defendants   **V. PROCEEDINGS** | | | |  |
| 7-19-88 | 1. | | | INDICTMENT FILED | | | | |
| 7-20-88 | | | | Request for warrant to be issued by the U.S. Attorney | | | | |
| | 2. | | | **ISSUED WARRANT** Original and one copy of warrant to U.S. Marshal w/c copy of indictment for service. 1c U.S. Attorney                ms | | | | |
| 7/28/88 | | | | INITIAL APPEARANCE @ Raleigh; Mag. Denson; proceedings recorded; def't present in USMS custody; no atty. present for def't CJA 23 submitted; rights advisal; advised of charges & max penalties & sentencing guidelines act; CJA 23 approved; Ct. will order FPD representation | | | | |
| 7/28/88 | 3 | | | ORDER- the Federal Public Defender is directed to provide representation in this action; the Clerk shall issue a subpoena for any witness necessary to present an adequate defense to the pending charge or charges; FURTHER ORDERED that the United States Marshal shall serve any subpoena presented to him in this case by the office of the Federal Public Defender, and shall pay the appropriate fees and expenses to witnesses so subpoenaed, in accordance with Federal Rule of Criminal Procedure 17(b) and the May 26, 1987 Standing Order of this Court filed in the Miscellaneous Order Book #4, at page 115. DENSON, Alexander B., U. S. Mag.; cy to FPD                                BB | | | |  |
| 7/28/88 | 4 | | | ORDER OF TEMPORARY DETENTION PENDING HEARING-set for July 29, 1988; 11:00 a.m. @ Ral. before Mag. Denson; cy to AUSA; USMS: USPO; def't atty                     bb | | | | |
| " | | | | Advised by Mag. Denson that def't atty requested continuance of detention hearing in this matter to Aug. 2, 1988 11:30 a.m. @ Raleigh; advised all parties       bb | | | | |
| 8-2-88 | | | | at Raleigh before Mag. Denson - Ellen Oakley Court Reporter Testimony for the Government, No live testimony for the deft. **Ordered Detained by the Mag.** | | | | |
| 8-3-88 | 5. | | | **ORDER OF PRETRIAL DETENTION** The reasons the court finds a risk of flight and danger to persons in the community are the strong evidence against the defendant, the length of imprisonment which may be imposed, her history of violence, and the fact that the gun used in connection with the bank robbery has not been located. It is hereby ordered that the deft. be detained pending trial Mag. Denson, CR OB #37, p 17 cys. to U.S. Marshal, Probation, U.S. Attorney and Counsel of Record. (ent. 8-4-88) ms | | | |  |
| 8-4-88 | 6 | | | PRE-TRIAL SCHEDULING ORDER - Conf by: 8/17/88, Mtns by: 8/29/88, Responses by: 8/8/88 - (Mag. Dixon) c: J. Boyle, AUSA, Counsel                                    jh | | | | |
| 6-15-88 | 7. | | | **CRIMINAL COMPLAINT FILED** **Warrant FOR ARREST ISSUED** original and one copy to U.S. Marshal with copy of complaint for service | | | | |
| 8-5-88 | | | | FIELD REPORT 1 Assumed custody from Wake County Jail, Raleigh North CArolina | | | | |
| | 8. | | | **MARSHAL'S RETURN ON WARRANT FOR ARREST** Superceded by warrant issued 7-20-88, James VanRoekel, Deputy U.S. Marshal. | | | |  |
| | 9. | | | **MARSHAL'S RETURN ON WARRANT FOR ARREST** Received 7-28-88 and executed 7-28-88 Wake County Jail, James Van Roekel, Deputy U.S. Marshal. | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U. S. vs
                  WILLIAMS, Alice Biggs
AO 256A ⊕

88 | 00040 | 02
Yr. | Docket No. | Def.

| DATE 1988 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 9-7-88 | ISSUED NOTICE TO APPEAR for arraignment and trial on Monday, Sept. 19, 1988 at 10:00 a.m. in Raleigh, N.C. before Judge Boyle - Copies to AUSA, Counsel of record, & Judge Boyle                                jp | | | | |
| 9-8-88  10 | REQUEST FOR DISCOVERY - w/cs by: John McClain, Jr. lc: Mag. Dixon jh | | | | |
| 9-8-88  11 | MOTION FOR EXTENSION OF TIME - w/cs by: John McClain, Jr. lc: Mag. Dixon jh | | | | |
| 9-1-388 12 | MOTION TO CONTINUE - w/cs by: J. McClain, Jr. - lc: J. Boyle jh | 9-1-88 9-19-88 | 18 | | |
| 9-19-88 | ORDER  The court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial. The period of delay necessiated by this continuance is excluded from speedy trial computation pursuant to the provisions of 18 U.S., § 3161(h)(8)(A) and (B)(iv). This case is reset before the court and will be heard on October 17, 1988 in Raleigh,N.C. before the undersigned . Judge Boyle, CR OB #37,p131 cys. to Counsel of record, lc U.S. Atty. (ent. 9-19-88) ms | 9-19-88 10-17-88 | 27 | | |
| 9-27-88 | ISSUED NOTICE FOR ARRAIGNMENT AND TRIAL on Monday, October 17, 1988 at 10AM in Ral Before J. Boyle - CR #1 c: AUSA, Counsel and J. Boyle        jh | | | | |
| 10-4-88 | VOL. 1 of 1 Pages 1 - 56 TRANSCRIPT - Detention Hearing at Ral Before Mag. Denson on Tues, Aug. 2, 1988 C.R.-Ellen Oakley jh | | | | |
| 10-12-88 13 | DEMAND OF NOTICE OF INTENTION TO OFFER AN ALIBI - w/cs by: Daniel Boyce, AUSA - lc: J. Boyle      jh | | | | |
| 10-17-88 | - AT RALEIGH - C.R. DONNA TOMAWSKI - Judge Boyle Deft. appeared with counsel and deft. arraigned and plead as follows: Count 1 - not guilty Count 2 - Not guilty Count 3 - Not guilty Count 4 - Not guilty Jury Trial to be scheduled at a later date.   jp | | | | |
| 10-19-88 | ISSUED NOTICE FOR TRIAL ON MONDAY, NOV. 7, 1988 at 10AM in E-City, NC Before J. Boyle c: AUSA, Counsel, Deft, J. Boyle   jh | | | | |
| 11-2-88 14 | REQUEST FOR VOIR DIRE - filed by Deft. lc: Judge Boyle   jp | | | | |
| 11-7-88 15 | MOTION TO CONTINUE trial from November 28, 1988 - filed by deft. w/cs - lc: Judge Boyle   jp | | 11-7-88 | | |
| 11-14-88 | ISSUED NOTICE for Arraignment and Trial on Mon. Nov. 28, 1988 at 10AM in Ral Before J. Boyle - Crtroom #1 - c: AUSA, Counsel, J. Boyle   jh | | | | |
| 11-23-88 16. | GOVERNMENTS PROPOSED QUESTIONS OF VOIR DIRE - w/cs by: Daniel Boyce, AUSA - lc: J. Boyle      jh | 11-7-88 11-28-88 | | 21? | |
| 11-23-88 17. | GOVERNMENTS PROPOSED JURY INSTRUCTIONS - w/cs by: Daniel Boyce, AUSA - lc: J. Boyle      jh | | | | |
| 11-28-88 18. | NOTICE OF ADDITIONAL WITNESS - w/cs counsel of record lc Judge Boyle | | | | |

| DATE 1988 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 11-30-88 | 19. MOTION REGARDING PROHIBITION OF IMPEACHMENT BY EVIDENCE OF CONVICTION OF CRIME - filed by Govt. -w/cs - lc: Judge Boyle                              jp | | | | |
| 11-30-88 | 20. MOTION IN LIMINE TO PROHIBIT INTRODUCTION OF LETTERS WRITTEN BY CO-DEFENDANT ALICE BIGGS WILLIAMS TO DEFENDANT CREADELL HUBBARD, OR IN THE ALTERNATIVE, MOTION FOR SEVERANCE - filed by Govt. -w/cs - lc: Judge Boyle | | | | |
| 11-30-88 | 21 DEFENDANTS PROPOSED JURY INSTRUCTIONS - w/cs by: John McClain, Jr. - lc: J. Boyle    jh | | | | |
| *11-28-88 | -- AT RALEIGH - C.R. DONNA TOMAWSKI - JUDGE BOYLE JURY SELECTION - Jury to return on 11-30-88 to begin Jury Trial                                  jp | | | | |
| 11-30-88 | -- AT RALEIGH - C.R. DONNA TOMAWSKI - JUDGE BOYLE Deft. arraigned and plead not guilty to Counts 1,2,3 and 4. Jury sworn and Trial began. Opening statements made by counsel and Govt. proceeded with evidence.                            jp | | | | |
| 12-1-88 | -- AT RALEIGH - C.R. DONNA TOMAWSKI - JUDGE BOYLE Juror No. 17 - Ruby Gaylord excused because of sickness and alternate Juror, Sue Gordan, will take Ms. Gaylord's seat on the Jury. Govt. proceeded with evidence. Deft. moved for mistrial - denied.   jp | | | | |
| 12-2-88 | -- AT RALEIGH - C.R. DONNA TOMAWSKI - JUDGE BOYLE Jury Trial continues. Govt. continues with evidence. Govt. rests. Jury excused to return on 12-5-88. Motion by the deft. for Judgment of acquittal on all counts - denied. Deft. joined in motion with co-deft. for mistrial because Jurors saw defts. being transported in hand-cuffs - Court ask that an account of the events be put in writing.   jp | | | | |
| 12-5-88 | -- AT RALEIGH - C.R. DONNA TOMAWSKI - JUDGE BOYLE Jury Trial continues. Account of events of Marshal transporting defts - filed in open court and motion was heard and denied. Deft. proceeded with evidence. Deft. rests. Govt. had rebuttal and Govt. rests. Motion of the deft. for Judgment of acquittal pursuant to Rule 29 - denied. Closing arguments and Jury charged. Jury retired to begin deliberations. | | | | |
| 12-5-88 | 22 ORDER returning exhibits Nos. 21,22,23 and 26(Govt's) - filed in open court. Copies to FBI   jp | | | | |
| 12-6-88 | -- AT RALEIGH - C.R. DONNA TOMAWSKI - JUDGE BOYLE Jury Trial continues with further deliberation by Jurors. Jury retuned with a verdict as follows: Count 1 - Guilty Count 2 - Guilty Count 3 - Guilty Count 4 - Guilty |  | | | |
| | 23 JURY VERDICT FILED IN OPEN COURT Deft. to remain in custody pending sentencing Sent: to be scheduled at a later date.   jp | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs
WILLIAMS, Alice Biggs
AO 256A

88 | 00040 | 02
Yr. | Docket No. | Def.

| DATE 1988 | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| 12-13-88 | 24. | **MOTION** by Deft. for Court enter a verdict of acquittal after finding of the Jury pursuant to Rule 29 of the Federal Rules of Criminal Procedure, and for a new trial as provided for in Rule 33 of the Federal Rules of Criminal Procedure - 1c: Judge Boyle     jp | |
| 12-21-88 | 25. | **ORDER**   The court finds that the verdict is not contrary to the wieght of evidence in this case and is supported by substantial evidence. The deft. motions are without merit. Accordingly the defendant's motions are **denied.** Judge Boyle CR OB # 38,p 20 dys. dist. (ent. 12-21-88) ms | |
| 2-8-89 | | **ISSUED NOTICE TO APPEAR** for sentencing on Friday, February 17, 1989 at 9:00 a.m. in Raleigh, NC before Judge Boyle - Copies to: AUSA, Counsel of record & Judge Boyle jp | |
| 2-17-89 | 26 | **JUDGMENT AND COMMITMENT ORDER at Raleigh (C.R.-Jo Bush)** Cts. 1, 3 & 4 - 132 months. Ct. 2 - 60 months Sentences to run consecutive and serve a term of 5 yrs. supervised release S/A $200.00 - $50.00 on each Ct. Restitution, fine and cost of incarceration would not be appropriate 1. Deft shall not possess a firearm or other dangerous weapon during the period of supervised release (J. Terrence W. Boyle) O.B.#38 P.#151 c: AUSA, USPO, USM, Deft, Counsel, R. Forcum, J. Boyle   Ent.2-28-89  jh | |
| 2/21/89 | 27 | NOTICE OF APPEAL - Cpy. to U.S. Atty, U.S. Court of Appeals, Judge Boyle, U.S. Marshal, Court Reporter, Deft. Counsel w/4th Cir. Packet. **(EOD: 2/28/89).** tc | |
| 3/9/89 | | TRANSCRIPT OF SENTENCING HEARING BEFORE JUDGE TERRENCE W. BOYLE ON February 17, 1989. Vol. 1 of 1. Jo Bush, Court Reporter.  tc | |
| 3/24/89 | ~~28.~~ | MARSHALS RETURN - Date received 2/28/89 - Date executed - 3/11/89 (Cliff Hart, Deputy Marshal, U.S. Marshal Service).  tc | |
| 4/10/89 | | TRANSCRIPTS OF JURY TRIAL held Nov. 30, 1988 before Judge Terrence W. Boyle - Vols. I, II, III and IV - Donna Tomawski, Court Reporter. | |
| 5/8/89 | | **MAILED RECORD ON APPEAL TO US COURT OF APPEALS** including Vols. 1 - pleadings (WILLIAMS), Vol. 2 - pleadings (HUBBARD), Vols. 3,4,5,6& 7 - transcripts, Vol. 8 - **SEALED** presentence report (WILLIAMS) and Vol. 9 - **SEALED** presentence report (HUBBARD), index and trans. ltr. CC to pltf. and deft.  tc | |
| 9-7-89 | 29. | **UNPUBLISHED OPINION** - Because the facts and legal contentions are adequately developed in the materials before the court and oral argument would not aid the decisional process, we dispense with oral argument, and affirm the judgment of conviction as to both appelants. **AFFIRMED.** | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 9-28-89 | **30.** **JUDGMENT U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT** On consideration whereof, it is now here ordered and adjudged by this court that the judgment of the said District Court appealed from, in this cause, be and the same is hereby, affirmed. 1c Judge Boyle (ent. 9-29-89) ms **CASE FILES RETURNED FROM THE FOURTH CIRCUIT COURT OF APPEALS THIS DATE CONSISTING OF 8 VOLUMES** **PRE-SENTENCE REPORT RETUEND TO U.S. PROBATION OFFICE THIS DATE.** | i | | | |
| 12-14-89 | **31.** SUPREME COURT OF THE U.S. JUDGMENT - It is ordered by this court that the said petititon be, and the same is hereby **denied.** (ent. 12-14-89) ms | | | | |
| 3-9-90 | **32.** **EXCERPT OF PROCEEDINGS** - Findings on sentencing on 2-17-89 before Judge Boyle - C.R. Jo Bush XXXXXXXXX 1c: USPO | | jp | | |
| Vol 1 8-20-90 | **33.** **28 U.S.C., §2255 MOTION TO VACATE, SET ASIDE OR VACATE SENTENCE BY A PERSON IN FEDERAL CUSTODY** - with attachments MOTION TO VACATE - by deft (Atwood Hall, 3301 Leestown Rd. Lexington, KY 40511-8799 cy: Judge Boyle with Memo for service    jh | | | | |
| 9/10/90 | **34.** ORDER-the claims set forth by the plaintiff in her motion are limited to direct appeal, and they are not suitable for a collateral attack under 28 U.S.C. §2255. This motion is frivolous and is accordingly DISMISSED; Judge Boyle; OB#42, p. 89; cys to USAtty; def't; ent. 9/11/90 | | bb | | |
| 9-21-90 | **35.** NOTICE OF APPEAL AND MOTION FOR LEAVE TO PROCEED INFORMA PAUPERIS - 1c Judge Boyle, 1c U.S. Court of Appeals, (ent. 9-21-90) ms MAILED APPEAL PACKET THIS DATE TO ALICE B. WILLIAMS, FCI Lexington, Ky. consisiting of docket statement, index and transmittal sheet. **MAILED CASE FILE THIS DATE TO U.S. COURT OF APPEALS CONSISITING OF VOLUME 1 PLEADINGS** | | ms | | |
| 12-4-90 | MAILED SUPPLEMENT TO U.S. COURT OF APPEALS CONSISTING OF VOLUMES 2 & 3 | | | | |
| 3-22-91 | CERTIFICATE - The documents are true record and proceedings on file in my office, and a true copy of the docket entries. (ent. 3-22-91 ms **MAILED CASE FILE THIS DATE TO U.S. COURT OF APPEALS CONSISITING OF VOLUME 3 PLEADINGS. SUPPLEMTN# 2** | | | | |
| 6-3-91 | **36.** UNPUBLISHED OPINION - We accordingly affirm in part and vacate and remand in part. As our review of the record and other materials before us reveals that it would not significantly aid teh decisional process, we dispense with oral argument. **AFFIRMED IN PART, VACATED IN PART AND REMANDED.** 1c Judge Boyle. (ent. 6-3-91) ms | | | | |
| 6-20-91 | **37.** **JUDGMENT U.S. COURT OF APPEALS** - It is now here ordered and adjudged by this court that the judgment of the said District Court appealed from, in this cause, be, and the same is hereby affirmed in part and vacated in part. The case is **remanded** for proceedings consistent with the opinion of this court filed herewith. 1c Judge Boyle (ent. 6-20-91) | | | | |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 6-20-91 | CASE FILE RECEIVED FROM U.S. COURT OF APPEALS THIS DATE CONSISTING OF 3 VOLUMES | | | | |
| 9-30-91 | 38. GOVERNMENT ANSWER TO CASE ON REMAND - 1c: Judge Boyle | jm | | | |
| 1-31-92 | 39. ORDERED that petitioner's conviction under 18 U.S.C. §2113(c) is hereby vacated. Since there was no increase in punishment on the possession of stolen money count, the deft's sentence is not affected by this order. Her other convictions stand affirmed in accordance with the Fourth Circuit decision. (Judge Boyle) CR. O.B. #45, P. 161. Cys: USA & deft. | jm | | | |
| 3-11-92 | 40. NOTICE OF APPEAL - 1c 4th Circuti Court of Appeals, 1c Judge Boyle, 1c U.S. Atty., (ent. 3-12-92) ms | | | | |
| 3-12-92 | APPEAL PACKET MAILED THIS DATE CONSISITING OF - docketing statement, transmittal sheet and index. | ms | | | |
| | CASE FILE MAILED THIS DATE CONSISITING OV 1 VOLUME | | | | |
| 10-7-92 | UNPUBLISHED OPINION - Affirmed by unpublished per curiam opinion - 1c Judge Boyle (ent. 10-7-92) ms | | | | |
| 10-27-92 | JUDGMENT U.S. COURT OF APPEALS - The court affirms the judgment of the District Court. Bert Montague, Clerk, U.S. Court of Appeals. 1c Judge Boyle, 1c U.S. Atty. (ent. 10-28-92) ms<br>CASE FILE RETURNED FROM COURT OF APPEALS CONSISITING OF L VOLUME. | | | | |
| 10/10/97 | MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNRDER §2255 - by dft. (5:97-CV-841-BO) c:Staff Counsel | anh | | | |
| 10/17/97 | ORDER - the matter is dismissed without prejudice for the petitioner to seek authorization to file this application in the District Court (BOYLE) BO OB# ii p. cc. pet w/2244 form, USA (ent. 10/20/97) | gnm | | | |
| 5/27/99 | SATISFACTION OF JUDGMENT - filed by the govt. - Cys. dist. | jm | | | |
| 8/7/02 | Dft's request for suspension of 5yr supervised release program. 1c: Judge Boyle | | | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 8-22-01 | LETTER TO THE JUDGE FROM THE DEFENDANT- RE: release date. | | jw | | |