IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:88-CR-40-1BO

| | |
|---|---|
| CREADELL HUBBARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | NOTICE OF APPEARANCE |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

Please enter my name as an attorney of record on behalf of the Respondent in the above-captioned action. Copies of all correspondence and pleadings should be sent to the undersigned at the below address.

Respectfully submitted, this 14th day of June, 2016.

JOHN STUART BRUCE
Acting United States Attorney

By: /s/ Seth M. Wood
SETH M. WOOD
Attorney for Respondent
Assistant United States Attorney
Appellate Division
310 New Bern Avenue
Suite 800 Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: seth.wood@usdoj.gov
N.C. Bar # 48345
D.C. Bar # 491011

CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of June, 2016, served copy of the foregoing upon the counsel for the petitioner in this action by electronically filing the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

    Kelly Margolis Dagger
    Paul K. Sun, Jr.
    Ellis & Winters

/s/ Seth M. Wood
SETH M. WOOD
Attorney for Respondent
Assistant United States Attorney
Appellate Division
310 New Bern Avenue
Suite 800 Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: seth.wood@usdoj.gov
N.C. Bar # 48345
D.C. Bar # 491011